No. 25-3702

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 13, 2026
KELLY L. STEPHENS, Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DARNELL NASH,

Defendant - Appellant.

O R D E R

The defendant appeals the amended judgment in her criminal case modifying her sentence and the denial of compassionate release. The defendant moves for leave to file a corrected appellant brief and to expedite a decision in her appeal. The government does not oppose an expedited resolution.

The defendant's motion for leave to file a corrected brief is GRANTED. The clerk will lock on the docket the appellant brief filed on November 5, 2026, and the appeal will proceed on the appellant brief filed November 6, 2026.

The defendant's motion to expedite is GRANTED, insofar as the appeal will be submitted to the court at the earliest practicable date that the court's schedule will permit. Whether to conduct and/or expediate oral argument, and whether to expedite a decision, are reserved to the ultimate merits panel. **Extensions of the briefing schedule are unlikely to be granted.**

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk